IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HENRY JAMES                                                                                           PLAINTIFF

VS.                                   CASE NO. 1:08CV00002 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 2nd day of March, 2009.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE